

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2019

Arraignment is scheduled for June 25, 2019 at 11:30 a.m. in Courtroom 11D.
SO ORDERED.
Dated:  6/24/2019

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

P. Kevin Castel
United States District Judge

Re:    *United States v. Bryan Pivnick*, **19 CR 464 (PKC)**

Dear Judge Castel,

The Government writes to inform the Court that the parties in the above-captioned case, which was indicted and wheeled out to the Court yesterday, are available to appear for arraignment at any time on June 25, 2019, a date that the parties understand from chambers is convenient for the Court.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: Thomas John Wright
Thomas John Wright
Assistant United States Attorney
(212) 637-1589

cc: Matthew Myers (Counsel to Defendant Bryan Pivnick) (By ECF)