

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 27, 2020

**By ECF**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

Application GRANTED.

SO ORDERED.
March 27, 2020.

_____
P. Kevin Castel
United States District Judge

Re:   *United States v. Bryan Pivnick*, 19 CR 464 (PKC)

Dear Judge Castel,

The Government writes to respectfully request on behalf of the parties an adjournment of the sentencing currently scheduled for April 16, 2020 to May 20, 2020 at 11:00 AM, a date and time that the parties understand is convenient to the Court, and a corresponding extension of the deadlines by which to make sentencing submissions, for the defendant from April 2, 2020 to May 6, 2020 and for the Government from April 9, 2020 to May 13, 2020.  The parties make this joint request in light of the national emergency declared over the coronavirus pandemic, the restrictions resulting from that national emergency on counsel's access to certain materials, and the public-health mandate amidst that national emergency to postpone public events, where possible and appropriate in light of all of the circumstances.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney

By: _____
Thomas John Wright
Assistant United States Attorney
(212) 637-1589

cc: Matthew Myers (Counsel to Defendant Bryan Pivnick) (By ECF)