

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF:
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

January 7, 2021

**USA v. Pivnik**
**19 CR 464 (PKC)**

Your Honor,

I represent Bryan Pivnick who is currently scheduled for sentencing January 26, 2021 before Your Honor. Because of the unique circumstances behind Mr. Pivnick's case, the Defense will not be consenting to any form of remote electronic sentencing procedure.

In light of the uptick in Covid cases and the most recent administrative court's directive to limit in-person appearances we request the matter be adjourned until April 7, 2021 at 2:00pm.

I have consulted with the Government, which has no objection to this adjournment request.

Application granted. Sentencing is adjourned to April 7, 2021 at 2:00 p.m.
SO ORDERED.
Dated:  1/8/2021

Respectfully,

/s/Matthew D. Myers
Attorney for Defendant

P. Kevin Castel
United States District Judge