

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF:
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

March 23, 2021

> Sentencing is adjourned from April 7 to June 15, 2021 at 11:00 a.m. in Courtroom 11D. SO ORDERED.
> Dated: 3/26/2021
>
> P. Kevin Castel
> United States District Judge

**USA v. Pivnik**
**19 CR 464 (PKC)**

Your Honor,

    I represent Bryan Pivnick who is currently scheduled for sentencing April 7, 2021 before Your Honor. Because of the unique circumstances behind Mr. Pivnick's case, the Defense will not be consenting to any form of remote electronic sentencing procedure.

    In light of the uptick in Covid cases at the Westchester County Jail and the most recent Chief Judge's directive to limit in-person appearances we request the matter be adjourned **one final time** when hopefully in-person appearances will become safer because of the vaccine. Please adjourn to any date convenient for the Court between June 14, 2021 and June 25, 2021.

    I have consulted with the Government, which has no objection to this adjournment request.

Respectfully,

/s/Matthew D. Myers
Attorney for Defendant

N • Y • C