

Myers & Galiardo, LLP | 52 Duane Street, 7Fl., New York, NY 10007 | 212-986-5900 | www.citylaw.nyc

BY ECF:
Honorable P. Kevin Castel
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

June 17, 2021

**USA v. Pivnik**
**19 CR 464 (PKC)**

Your Honor,

    I represent Bryan Pivnick who was sentenced on June 15, 2021 to 144 months of incarceration before Your Honor. Additionally, the Court recommended that the defendant be evaluated for mental health and drug treatment programs. In line with those recommendations we ask the Court to recommend that Mr. Pivnick be designated to FMC Devens at 42 Patton Rd, Devens, MA 01434. That facility, in particular, has programs that address the mental health needs of Mr. Pivnick, and most specifically that facility is well-equipped to address crimes involving child pornography. Lastly, the facility is located in the State of Massachusetts and is reasonably close to his family's home in New Jersey. By placing Mr. Pivnick at that facility the family can give some support with occasional visits that are within driving distance. Thank you for your attention to this matter.

The Court so recommends.
SO ORDERED.
/s/ USDJ
6-22-21

Respectfully,

/s/Matthew D. Myers
Attorney for Defendant