UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                             19-cr-464 (PKC)

      -against-                                                      ORDER

BRYAN PIVNICK,

                       Defendant.
-----------------------------------------------------------x
CASTEL, U.S.D.J.

        Mr. Pivnick's application for in forma pauperis status is denied without prejudice. In the proceedings in the district court, he was represented by retained counsel. Mr. Pivnick has filed a notice of appeal. Under Local Rule 4.1 of the United States Court of Appeals for the Second Circuit, "[a] criminal defendant's counsel, whether retained or appointed, is responsible for representing the defendant on appeal unless relieved by this court. This responsibility includes complying with FRAP and all LRS and IOPs." Accordingly, it is the responsibility of Matthew Daniel Myers of Myers & Galiardo LLP to comply with Local Rule 4.1. The Clerk is directed to terminate dockets 73 and 79.

        SO ORDERED.

Dated: New York, New York
       September 2, 2021

                                                    P. Kevin Castel
                                         United States District Judge