UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                           19-cr-464 (PKC)

        -against-                             ORDER

BRYAN PIVNICK,

                  Defendants.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The Clerk is respectfully requested to open defendant's motion (ECF 97) as a new civil action under Section 2255.  After the new civil action is opened, the Court requests the matter be forwarded to the Office of Pro Se Litigation for further processing.

        SO ORDERED.

                                               P. Kevin Castel
                                        United States District Judge

Dated: March 31, 2025
       New York, New York